IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-00229-CG |
| | ) | |
| THOMAS DARNELL CHEATUM, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on December 19, 2023 (Doc. 33) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count Four of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of Possession with Intent to Distribute Drugs in violation of Title 21, U.S.C., § 841(a)(1).  A sentencing hearing has been scheduled for April 17, 2024, at 9:30 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 9th day of January, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE